## *United States District Court for the Northern District of Illinois*

Case Number: `08cv666`              Assigned/Issued By: `j. n.`

Judge Name:                          Designated Magistrate Judge:

---

### FEE INFORMATION

***Amount Due:***    ☑ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          _____
                                        (Victim, Against and $ Amount)
☐ Writ _____
        (Type of Writ)

<u>1</u>   Original and <u>1</u> _____ copies on <u>2-1-08</u> _____ as to `national enterprise`
                                    (Date)
`systems, inc.` _____

_____