U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case 08 CV 666 |
|---|---|
| Edward Henao | |
| Plaintiff, | |
| v. | |
| National Enterprise Systems, Inc., an Ohio corporation, | |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant National Enterprise Systems, Inc.

| SIGNATURE   s/ David M. Schultz |   |
|---|---|
| FIRM   HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS   222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP   Chicago, Illinois   60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6197596 | TELEPHONE NUMBER  (312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ ||