# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Edward Henao

                Plaintiff,

v.
                                         Case No.: 1:08−cv−00666

                                         Honorable Ruben Castillo

National Enterprise Systems, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Settlement conference held in chambers on 4/3/2008. Full, confidential settlement reached. This lawsuit is dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents within the next thirty days. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.