**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDWARD HENAO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.    08 CV 00666 |
| v. | ) | Honorable Ruben Castillo |
| | ) | |
| NATIONAL ENTERPRISE SYSTEMS, | ) | |
| INC., an Ohio corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Edward Henao and Defendant National Enterprise Systems, Inc., by and through their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this matter be dismissed with prejudice pursuant to the Mutual Release and Settlement Agreement between the parties.

May 13, 2008                                      Respectfully submitted,


   /s/ Jason G. Shanfield                           /s/ Jennifer W. Weller
Jason G. Shanfield                              Jennifer W. Weller

Jason G. Shanfield (No. 6275896)                Jennifer W. Weller
SHANFIELD LAW FIRM, LTD.                        David M. Schultz
833 North Hoyne Ave., No. 3                     HINSHAW & CULBERTSON, LLP
Chicago, Illinois 60622                         222 North LaSalle Street, Suite 300
(312) 638-0819 (tel)                            Chicago, Illinois 60601
                                                (312) 704-3527 (tel)