**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EDWARD HENAO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.    08 CV 00666 |
| v. ) | Honorable Ruben Castillo |
| ) | |
| NATIONAL ENTERPRISE SYSTEMS, ) | |
| INC., an Ohio corporation, ) | |
| ) | |
| Defendant. ) | |

To:   See Certificate of Service

## NOTICE OF FILING

PLEASE TAKE NOTICE that on May 13, 2008 I filed with the Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn, Street, Chicago, Illinois **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**, a copy of which is attached and hereby served upon you.

EDWARD HENAO


   /s/ Jason G. Shanfield
One of Plaintiff's Attorneys


Jason G. Shanfield (No. 6275896)
SHANFIELD LAW FIRM, LTD.
833 North Hoyne Ave.
Chicago, Illinois 60622
(312) 638-0819 (tel)
(312) 638-9136 (fax)

2

## **CERTIFICATE OF SERVICE**

      I, Jason G. Shanfield, the undersigned attorney, hereby certify that on the 13TH day of May, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

David M. Schultz
Jennifer Weller
HINSHAW & CULBERTSON, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601

Boyd W. Gentry
SURDYK, DOWD & TURNER CO., LPA
Kettering Tower, Suite 1610
40 North Main Street
Dayton, Ohio 45423

                                                                         /s/ Jason G. Shanfield
                                                                        SHANFIELD LAW FIRM, LTD.
                                                                        833 North Hoyne Ave., No. 3
                                                                        Chicago, Illinois 60622
                                                                        (312) 638-0819 (tel)
                                                                        (312) 638-9136 (fax)
                                                                        jason@shanfieldlawfirm.com